**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| Brian Watkins, Jr., | : | |
| | : | |
| Plaintiff, | : | Civil No. 2:23-cv-21 |
| | : | |
| v. | : | |
| | : | |
| Franklin Township, | : | |
| Franklin Township Police Department, | : | |
| Rudy Hawkins, in his individual and | : | JURY TRIAL DEMANDED |
| professional capacity, and Fraternal Order | : | |
| of Police Beaver Valley Lodge #4 | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF REMOVAL**

Defendants, Franklin Township, Franklin Township Police Department, and Chief Rudy

Harkins (the "Franklin Township Defendants"), by and through their undersigned attorneys, Siana

Law, LLP, pursuant to 28 U.S.C. § 1441 *et seq.*, submit this Notice of Removal of this case from

the Court of Common Pleas of Beaver County, Pennsylvania, and No. 11563-2022, in which it is

now pending, to the United District Court for the Western District of Pennsylvania, and in support

thereof, state the following:

1.      On November 21, 2022, Plaintiff, Brian Watkins, Jr., filed a complaint in this action

in the Court of Common Pleas of Beaver County.  A true and correct copy of Plaintiff's Complaint

and the Beaver County Court of Common Pleas are attached hereto and marked as Exhibit "1."

2.      The Franklin Township Defendants were served with the Complaint on December

6, 2022.

3.      In the Complaint, docketed at 11563-2022, Plaintiff alleges, among other claims,

that the Franklin Township Defendants violated his civil rights by terminating him for religious

discrimination (Count III) and procedural Due Process rights in relation to his termination at Count V.

4.      The Plaintiff's civil rights claims are removable from the Beaver County Court of Common Pleas to the United States District Court for the Western District of Pennsylvania, which is vested with jurisdiction by 28 U.S.C. § 1331 (Federal Question).  The Complaint asserts allegations of violation of the Plaintiff's procedural due process rights under the Fourteenth Amendment and wrongful termination based upon religious discrimination.

5.      Further, Plaintiff's breach of contract claim is removable from the Beaver County Court of Common Pleas to the United States District Court for the Western District of Pennsylvania as the Labor Management Relations Act provides for federal jurisdiction over controversies involving collective bargaining agreements. 29 U.S.C.A. § 185(a); *see also Ciferni v. Day & Zimmerman, Inc.,* 529 F. App'x 199, 202 (3d Cir. 2013*), judgment entered,* No. 12-2647, 2013 WL 3455750 (3d Cir. June 27, 2013).

6.      Plaintiff's remaining state law claims are removable from the Court of Common Pleas of Beaver County to the United States District Court for the Western District of Pennsylvania because this Honorable Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1376.

7.      The Franklin Township Defendants hereby exercise their rights under the provision of 28 U.S.C. § 1441, *et seq.* to remove this action to the United States District Court for the Western District of Pennsylvania.

8.      In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days from December 6, 2022, the date on which the Franklin Township Defendants were served with the Complaint.

9.      Counsel for the Franklin Township Defendants will provide immediate notice of this filing to the attorney for the Plaintiff as required by 28 U.S.C. § 1446(d).

10.     Following the filing of this instant Notice of Removal, counsel for the Franklin Township Defendants will file a copy of this Notice with the Prothonotary of the Court of Common Pleas of Beaver County as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, the Franklin Township Defendants respectfully request that this Honorable Court assume jurisdiction of this action presently pending in the Court of Common Pleas of Beaver County.

Respectfully submitted,

**SIANA LAW**

Date: January 5, 2023                By:    _____

Andrew M. Rongaus, Esquire, I.D. #87423
Connie E. Henderson, Esquire, I.D. #327325
Attorneys for Defendants, *Franklin Township,*
*Franklin Township Police Department,*
*and Rudy Harkins*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500
(F): 610.321.0505
cpgerber@sianalaw.com
cehenderson@sianalaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Brian Watkins, Jr., | : |
| | : |
| Plaintiff, | : Civil No. _____ |
| | : |
| v. | : |
| | : |
| Franklin Township, | : |
| Franklin Township Police Department, | : |
| Rudy Hawkins, in his individual and | : JURY TRIAL DEMANDED |
| professional capacity, and Fraternal Order | : |
| of Police Beaver Valley Lodge #4 | : |
| | : |
| Defendants. | : |
| | : |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the

Notice of Removal was served upon the following via ECF and/or U.S. Mail, postage pre-paid.

<table>
<tr><td>Bradley G. Olson, Jr., Esquire</td><td>Eric C. Stoltenberg, Esquire</td></tr>
<tr><td>Law Offices of Bradley G. Olson, Jr.</td><td>Ronald R. Retsch, Esquire</td></tr>
<tr><td>Temple Building</td><td>Welby, Stoltenberg, Cimballa & Cook,</td></tr>
<tr><td>125 E. North Street, Suite 212</td><td>330 Grant Street, Suite 2620</td></tr>
<tr><td>New Castle, PA 16101</td><td>Pittsburgh, PA 15219</td></tr>
</table>

**SIANA LAW**

Date: <u>January 5, 2023</u>     By: _____

Andrew M. Rongaus, Esquire, I.D. #87423
Connie E. Henderson, Esquire, I.D. #327325
Attorneys for Defendants, *Franklin Township*
*Police Department and Rudy Harkins*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500
(F): 610.321.0505
cpgerber@sianalaw.com
cehenderson@sianalaw.com